**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6417

MARK WAYNE BALLARD,

Plaintiff - Appellant,

v.

MARCELLUS BUCHANAN; DON GAST, AUSA Asheville, NC; MARTIN
REIDINGER, US District Court Judge at Bryson City, NC;
TIMOTHY S. WOO, US Probation Officer at Asheville, NC;
DENNIS CHRISP; DANNY E. DAVIS; DENNIS HOWELL, US Magistrate
Judge at Bryson City, NC; FNU LNU, F.B.I Agent is employed
as Indian case agent Asheville, NC; DONALD WOLFE, Bureau of
Indian Affairs Investigator at Asheville NC; FNU LNU, Female
Cherokee Tribal Police Officer at Bryson City, NC; JASON
E.B. SMITH; MARK BUCHANAN; JASON HOWELL, Tribal Police
Officer for Cherokee Indian Police Dept. at Bryson City, NC,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.   Frank D. Whitney,
Chief District Judge.   (1:15-cv-00173-FDW)

Submitted:  July 21, 2016                Decided:  July 22, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Wayne Ballard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Wayne Ballard appeals the district court's order denying the postjudgment motion for miscellaneous relief that Ballard filed in his 42 U.S.C. § 1983 (2012) action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Ballard's informal brief does not challenge the basis for the district court's disposition, Ballard has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED